JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORP., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CJR CONCRETE, INC., et al.,<br><br>    Defendants. | Case No. CV 14-8102 FMO (MRWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Entry of Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiffs against defendant CJR, Concrete, Inc. in the amount of $65,256.36.

2. Plaintiffs shall serve defendant CJR Concrete, Inc. with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 9th day of March, 2015.

                                                                                    /s/<br>
                                                           Fernando M. Olguin<br>
                                                     United States District Judge